# United States Court of Appeals for the Federal Circuit

---

**TARGET CORPORATION,**
*Appellant*

v.

**PROXICOM WIRELESS, LLC,**
*Cross-Appellant*

---

2022-1282, 2022-1283, 2022-1338, 2022-1339

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00931, IPR2020-00933.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

September 20, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court